1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                     AT TACOMA

9   GARY CASTERLOW-BEY,
                                              CASE NO. 3:17-CV-05605-RJB-JRC
10                      Plaintiff,
                                              ORDER ADOPTING REPORT AND
11          v.                                RECOMMENDATION

12  CARUSO, et al.,

13                      Defendants.

14          The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

15  Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

16  record, does hereby find and **ORDER:**

17          (1)     The Court **ADOPTS** the Report and Recommendation (Dkt 34).

18          (2)     It is too early in litigation to determine plaintiff's likelihood of success and he has

19  not demonstrated an actual injury requiring injunctive relief. Therefore, plaintiff's motion for

20  temporary restraining order (Dkt. 12) **IS DENIED**;

21          (3)     This case is **RE-REFERRED** to Magistrate Judge J. Richard Creatura for further

22  proceedings.

23

24

**DATED** this 5th day of March, 2018.

ROBERT J. BRYAN
United States District Judge