UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARUSO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-05605-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

　(1)　The Court adopts the Report and Recommendation (Dkt. 81).

　(2)　The Court grants defendants' motions to dismiss (Dkts. 69, 73) and orders that this action is dismissed with prejudice and without leave to amend.

　**DATED** this 15th day of May, 2018.

　　　　　　　　　　　　　　　／s／ Robert J. Bryan
　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　United States District Judge